1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  PATRICIA LOVE,                    No. 2:05-cv-2140-MCE-PAN

12          Plaintiff,

13      v.

14  MERCK & COMPANY, INC., and
    MCKESSON CORPORATION,
15
            Defendants.
16  _____/

17  BARTON MARSCHALL and             No. 2:06-cv-0653-LKK-DAD
    EALA MARSCHALL,
18
            Plaintiffs,
19
        v.
20
    MERCK & CO., INC. and
21  MCKESSON CORPORATION,

22          Defendants.
    _____/
23

24      The Court has received the Notice of Related Cases

25  concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-

26  123, E.D. Cal. (1997).  The Court has determined, however, that

27  it is inappropriate to relate or reassign the cases, and

28  therefore declines to do so.

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE